1  RICHARD A. BESHWATE, JR., SBN: 179782
   Attorney at Law
2  1330 L Street   Suite D
   Fresno CA 93721
3  (559) 266-5000

4
   Attorney for Defendant
5  JORGE LOERA

6

7                UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | Case No. 1:19-cr-00050-LJO-SKO-1
11 |         Plaintiff,                |
12 |     v.                            | STIPULATION AND ORDER TO
   |                                   | CONTINUE HEARING
13 | JORGE LOERA,                      |
14 |         Defendant.                |

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, RICHARD A. BESHWATE, JR. attorney for Defendant JORGE LOERA, and

18 KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently

19 scheduled for July 29, 2019, at 1:00 p.m., shall be continued until September 30, 2019, at 1:00

20 p.m.

21     This continuance is necessary because parties need additional time to investigate a matter

22 and negotiate a resolution.

23     The parties stipulate that the time until the next hearing should be excluded from the

24 calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are

25 served by the court excluding such time, so that counsel for the defendant may have reasonable

26 time necessary for effective preparation, taking into account the exercise of due diligence. 18

27 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served

28 by granting this continuance outweigh the best interests of the public and the defendant in a

                                            1

speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: July 25, 2019                    Respectfully submitted,


/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
JORGE LOERA


Dated:  July 25, 2019                    Respectfully submitted,


/s/ KIMBERLY SANCHEZ
KIMBERLY SANCHEZ
Assistant U.S. Attorney


**ORDER**

The status conference hearing as to the above named defendant currently scheduled for July 29, 2019, at 1:00 p.m., is continued until September 30, 2019, at 1:00 p.m.

IT IS SO ORDERED.

Dated:  **July 26, 2019**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE