1  RICHARD A. BESHWATE, JR.,  SBN: 179782
   Attorney at Law
2  1330 L Street   Suite D
   Fresno CA 93721
3  (559) 266-5000

4  Attorney for Defendant

5  JORGE LOERA

6

7

8                          UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  1:19-cr-00050-LJO-SKO-1

12               Plaintiff,

13        v.                             STIPULATION AND ORDER TO
                                         CONTINUE HEARING
14  JORGE LOERA,

15               Defendant.

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, RICHARD A. BESHWATE, JR. attorney for Defendant JORGE LOERA, and

19  KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently

20  scheduled for September 30, 2019, at 1:00 p.m., shall be continued until NOVEMBER 4, 2019, at

21  1:00 p.m.

22        This continuance is necessary because attorney Richard A. Beshwate, Jr. has started trial

23  regarding a homicide matter in the Fresno County Superior Court which is expected to take 3 to 4

24  weeks.

25        The p0arties stipulate that the time until the next hearing should be excluded from the

26  calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are

27  served by the court excluding such time, so that counsel for the defendant may have reasonable

28  time necessary for effective preparation, taking into account the exercise of due diligence.  18

                                              1

U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: September 24, 2019		Respectfully submitted,


/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
JORGE LOERA


Dated:  September 24, 2019		Respectfully submitted,


/s/ KIMBERLY SANCHEZ
KIMBERLY SANCHEZ
Assistant U.S. Attorney


**ORDER**

Pursuant to the parties' Stipulation, the status conference hearing presently set for Monday, September 30, 2019, at 1:00 p.m. is hereby vacated and rescheduled for Monday, November 4, 2019, at 1:00 p.m.   It is further ordered that time be excluded in the interests of justice based on the grounds set forth in the parties' Stipulation, through and including the continued status conference date of November 4, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The Court notes that this case has been pending for 6 months.  If the parties are unable to resolve the case, they shall be prepared to select a mutually agreeable trial date at the next status conference on November 4, 2019.


IT IS SO ORDERED.

Dated: **September 25, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE